IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEMETRI LEKEITH MURRY                                    PLAINTIFF

v.                      No. 5:17-cv-316-DPM

S. DAVIS, Nurse, Dub Brassell Detention
Center; BOLDEN, Chief, Dub Brassell
Detention Center; and DUB BRASSELL
DETENTION CENTER, Nurse Department         DEFENDANTS

ORDER

Unopposed recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Murry's filing, № 7, isn't an objection to the recommendation; it's a request to proceed against the defendants in their official capacities, not their individual capacities. That request is denied as moot because Murry sued the defendants only in their official capacities. № 2 at 2. His complaint will be dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 January 2018