IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEMETRI LEKEITH MURRY            PLAINTIFF

v.            No. 5:17-cv-316-DPM

S. DAVIS, Nurse, Dub Brassell Detention
Center; BOLDEN, Chief, Dub Brassell
Detention Center; and DUB BRASSELL
DETENTION CENTER, Nurse Department            DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 January 2018